■ In the Matter of Lᴀʀʀʏ Bᴀʀᴛᴏɴ, Petitioner, v Jᴀᴍᴇs P. Gʀɪꜰꜰɪɴ, as Justice of the Supreme Court of the State of New York, et al., Respondents. [748 NYS2d 62]

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see Matter of Rush v Mordue,* 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought. Feuerstein, J.P., Smith, Friedmann and Adams, JJ., concur.